IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| LUKE WEBER,<br><br>    Plaintiff,<br><br>vs.<br><br>GRANT WOOD AREA EDUCATION AGENCY, JILL WEIGEL, RUTH RUNDE, AND PHIL WORDEN,<br><br>    Defendants. | No. 1:15-cv-00018-EJM<br><br>NOTICE OF REMOVAL |

Defendants, Grant Wood Area Education Agency ("GWAEA"), Jill Weigel ("Weigel"), Ruth Runde ("Runde"), and Phil Worden ("Worden"), by and through undersigned counsel, hereby requests removal of the instant action from the Iowa District Court in and for Linn County to the United States District Court for the Northern District of Iowa, Cedar Rapids Division pursuant to 28 U.S.C. §1331 and §1441(a), and in support thereof as required by Local Rule 81 states as follows:

1. This action was commenced by Plaintiff against Defendants in the Iowa District Court in and for Linn County. Service of the Petition was obtained upon Defendant on February 13, 2015. The time has not elapsed within which Defendants are allowed to file this Notice of Removal.

2. The above-entitled action is a civil action asserting claims under the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq.*, the Iowa Civil Rights Act of 1965, Iowa Code §85.18, and Iowa Common Law.

3. This case is within the original jurisdiction of this Court and is predicated

under 28 U.S.C. § 1331, which pertains to civil actions arising under the laws of the United States, which may be removed pursuant to 28 U.S.C. § 1441(a).

4. This Court has supplemental jurisdiction over Plaintiff's state law claims, pursuant to 28 U.S.C. § 1367.

5. Attached hereto as Exhibit A are copies of all process, pleadings and orders served upon Defendants. Attached hereto as Exhibit B is a Statement complying with Local Rule 81(a).

6. Written notice of this removal has been given to all adverse parties.

WHEREFORE, Defendants request this Court take jurisdiction of this Notice of Removal and issue all necessary orders and process in order to remove the above-captioned case from the Iowa District Court in and for Linn County to the United States District Court for the Northern District of Iowa, Cedar Rapids Division.

SIMMONS PERRINE MOYER BERGMAN PLC

By: /s/ Lisa A. Stephenson
Lisa A. Stephenson AT0007560
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
Telephone: (319) 366-7641
Facsimile: (319) 366-1917
E-mail: jpeters@simmonsperrine.com
lstephenson@simmonsperrine.com

ATTORNEYS FOR DEFENDANTS

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2015, I filed the foregoing **NOTICE OF REMOVAL** with the Clerk of Court using the ECF system and/or sent a true and correct copy by United States Mail, postage prepaid to the following:

Scott Shoemaker
Shoemaker Law Office
P.O. Box 1511
Cedar Rapids, IA 52410
Ph. 319.804.8346
scott@shoemakerlawoffice.com

/s/ Lisa A. Stephenson

3

1941596          Case 1:15-cv-00018-EJM    Document 2    Filed 03/02/15    Page 3 of 3