IN THE IOWA DISTRICT COURT IN AND FOR LINN COUNTY

| | |
|---|---|
| LUKE WEBER, ) | Case No. LACV082465 |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | ORIGINAL NOTICE |
| GRANT WOOD AREA EDUCATION ) | |
| AGENCY, JILL WEIGEL, RUTH ) | |
| RUNDE, and PHIL WORDEN, ) | |
| Defendants. ) | |

**TO THE ABOVE NAMED DEFENDANTS:**

    You are hereby notified that a petition has been filed in the office of the clerk of this court naming you as a defendant in this action, which prays for relief under the 42 U.S.C. § 12101, *et seq.*, Iowa Code § 216.6, Iowa Code § 85.18, and for Negligent Supervision of Employees and Tortious Interference with Prospective Business Relations. The attorney for the Plaintiff is Scott Shoemaker, whose address is PO Box 11511, Cedar Rapids, Iowa 52410. The attorney's telephone number is (319) 804-8346.

    You must serve a motion or answer within 20 days of the service of this notice and within a reasonable time thereafter, file your motion or answer with the Clerk of Court for Linn County at the courthouse in Cedar Rapids, Iowa. If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

    If you require assistance of auxiliary aids or services to participate in court because of a disability, immediately contact your district ADA coordinator at (319) 398-3920 ext. 200. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).

**IMPORTANT**
YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.



15 FEB -4 PM 3:14
BRIAN D. GARDNER
SHERIFF
LINN COUNTY, IOWA
REC'D

# STATE OF IOWA JUDICIARY

Case No. LACV082465
County Linn

Case Title  LUKE WEBER V. GRANT WOOD AREA EDUCATION AGENCY

THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:
http://www.iowacourts.state.ia.us/Efile

FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16: http://www.iowacourts.state.ia.us/Efile

Scheduled Hearing:

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (319) 398-3920 . (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.)

Date Issued  02/03/2015 07:49:58 AM



District Clerk of Linn          County
/s/ Bill Wulf

15 FEB -4 PM 3:14
BRIAN J. GARDNER
SHERIFF
LINN COUNTY, IOWA
REC'D

IN THE IOWA DISTRICT COURT IN AND FOR LINN COUNTY

| | | |
|---|---|---|
| LUKE WEBER,<br>　　　　Plaintiff | )<br>)<br>) | Case No._____ |
| vs. | )<br>) | PETITION AND<br>DEMAND FOR JURY TRIAL |
| GRANT WOOD AREA EDUCATION<br>AGENCY, JILL WEIGEL, RUTH<br>RUNDE, and PHIL WORDEN,<br>　　　　Defendants. | )<br>)<br>)<br>) | |

COMES NOW Plaintiff Luke Weber, by and through this attorney, Scott A. Shoemaker and for his cause of action states as follows:

### JURISDICTION AND VENUE

1. Luke Weber is an adult and, at all times pertinent to this action is a resident of Linn County, Iowa.

2. Jill Weigel is an adult and, at all times pertinent to this action is a resident of Linn County, Iowa.

3. Ruth Runde is an adult and, at all times pertinent to this action is a resident of Linn County, Iowa.

4. Phil Worden is an adult and, at all times pertinent to this action is a resident of Linn County, Iowa.

5. Grant Wood Area Education Agency is a department of the State of Iowa located in Linn County, Iowa.

6. Plaintiff has exhausted his administrative remedies and has received his Right to Sue letter, a copy of which is attached hereto as Exhibit "A."

7. All events giving rise to this action occurred in Linn County, Iowa.

BRIAN D. GARDNER
SHERIFF
LINN COUNTY, IOWA
15 FEB -4 PM 3:14
REC'D

## FIRST CAUSE OF ACTION – VIOLATIONS OF THE AMERICANS WITH DISABILITIES ACT (42 U.S.C. § 12101 ET SEQ.)

8. Plaintiff incorporates Paragraphs 1, 5, 6, and 7 herein as if fully set forth.

9. Grant Wood Area Education Agency is a "Covered Entity" within the meaning of 42 U.S.C. § 12111 in that it is the Plaintiff's employer.

10. Plaintiff is a "Qualified Individual" within the meaning of 42 U.S.C. § 12111 in that he has an Employee of Defendant Grant Wood Area Education Agency who, with reasonable accommodation was qualified to perform the essential duties of his employment as a paraeducator providing one-on-one support to disabled students.

11. Such reasonable accommodation was possible through a variety of means including, but not limited to, changing the students for which Plaintiff provided one-on-one support and/or not requiring Plaintiff to accompany students to the restroom.

12. Plaintiff has a "Disability" within the meaning of 24 U.S.C. § 12102 in that Plaintiff suffers from hearing loss that impairs a major life activity.

13. Defendant Grant Wood Area Education Agency discriminated against Plaintiff by

   a. Refusing to make reasonable accommodations for the Plaintiff's disability, including, but not limited to requiring Plaintiff to accompany students to the restroom, an environment that exacerbated Plaintiff's hearing condition although such action was not an essential job function and requiring Plaintiff to work with students who interfered with Plaintiff's hearing aids;

   b. Using standards to evaluate job performance that were more difficult for Plaintiff to maintain because of his disability that resulted in Plaintiff being passed over

more favorable work conditions, being denied summer employment, and resulting in written discipline; and

c. Constructively discharging the Plaintiff by creating a hostile working environment which employed frequent disciplinary actions imposed upon the Plaintiff despite similarly situated, non-disabled employees not being disciplined for similar acts such as tardiness and cellular telephone usage eventually resulting in Plaintiff being placed on extended, unpaid leave.

## SECOND CAUSE OF ACTION – VIOLATION OF THE IOWA CODE § 216.6

14. Plaintiff incorporates Paragraphs 1, 5, 6, 7, 9, 10, 11, 12 and 13 herein as is fully set forth.

15. Such actions constitute unfair employment practices and are prohibited under Iowa Code § 216.6.

## THIRD CAUSE OF ACTION – VIOLATION OF IOWA CODE § 85.18

16. Plaintiff incorporates Paragraphs 1, 5, 6, and 7 herein as if fully set forth.

17. Plaintiff was an employee of Grant Wood Area Education Agency from September of 2011 until his constructive discharge in November of 2014.

18. On or about October 23, 2013, Plaintiff was injured in a not-at-fault automobile collision while performing his duties as an employee of Grant Wood Area Education Agency.

19. Plaintiff reported the collision and his related injuries to Grant Wood Area Education agency and Grant Wood Area Education Agency failed or refused to provide information about possible workers' compensation benefits.

20. On or about December 6, 2013, Plaintiff filed a workers' compensation claim with Grant Wood Area Education Agency Human Resources and sought treatment for his injuries sustained during the October 23 incident.

21. Within days of Plaintiff's filing of the workers' compensation claim, Plaintiff's supervisors began to willfully engage in an extended series of retaliatory practices including:

    a. Work assignments that exacerbated Plaintiff's injuries to the point where pain became intolerable;

    b. Subjecting the plaintiff to discipline for minor infractions such as minor attendance and time reporting issues and cellular telephone use verbally in the presence of students and other staff, in face-to-face meetings, and in written memoranda copied to other employees and placed in the Plaintiff's personnel file while, other similarly-situated employees were not subjected to similar discipline for similar infractions. Such discipline frequently contained threats of termination;

    c. Refusing to hire Plaintiff for summer work despite his being qualified for such work and having made a timely application;

    d. Accusing the Plaintiff of poor work performance and placing him on "minimal duty;"

    e. Re-assigning the Plaintiff to less desirable and/or more difficult tasks;

    f. Re-assigning the Plaintiff to other, less-desirable positions at lower pay;

    g. Demanding that Plaintiff select between unpaid leave or a position for which he was not qualified and violated his work restrictions; and

    h. Constructively terminating the Plaintiff by placing him on extended, unpaid leave beginning in November of 2014.

## FOURTH CAUSE OF ACTION – NEGLIGENT SUPERVISION OF EMPLOYEES

22. Plaintiff incorporates paragraphs 1 through 7 herein as if fully set forth.

23. Defendants Weigel, Runde, and Worden were employees of Defendant Grant Wood Area Education Agency.

24. Defendant Grant Wood Area Education Agency, through the exercise of due care, should have known of Defendants Weigel, Runde, and Worden's Tortious Interference with Prospective Business Relations, violations of the Americans with Disabilities Act, violations of the Iowa Code § 216.6, and/or violations of Iowa Code § 85.18.

25. Defendants Weigel, Runde, and Worden tortious interference with Prospective Business Relations, violations of the Americans with Disabilities Act, violations of Iowa Code § 216.6, and/or violations of Iowa Code § 85.18 caused damage to the Plaintiff by causing the constructive termination of his employment by Defendant Grant Wood Area Education Agency.

26. Such negligent supervision caused the Plaintiff to suffer lost past and future lost wages, mental anguish, loss of enjoyment of life, and loss of consortium.

## FIFTH CAUSE OF ACTION – TORTIOUS INTERFERENCE WITH PROSPECTIVE BUSINESS RELATIONS

27. Plaintiff incorporates paragraphs 1 through 7 herein as if fully set forth.

28. Plaintiff had an ongoing business relationship with Grant Wood Area Education Agency as an employee of the Agency.

29. Defendants Weigel, Runde, and Worden knew of the business relationship set out in paragraph 28 herein.

30. Defendants Weigel, Runde, and Worden acting individually or in concert with one-another interfered with said business relationship by assigning the Plaintiff to duties that he

was unable to perform due to work restrictions of which they were aware arising from injury or disability of the Plaintiff.

31. The interference caused Grant Wood Area Education Agency to constructively discharge the Plaintiff, thereby preventing the continuation of the business relationship between Plaintiff and Grant Wood Area Education Agency.

32. Said conduct by Defendants was willful.

33. Such tortious interference caused the Plaintiff to suffer lost past and future lost wages, mental anguish, loss of enjoyment of life, and loss of consortium.

WHEREFORE Plaintiff prays that the foregoing be set for jury trial and, pursuant to that trial, the Court award compensatory damages for past and future lost earnings, mental anguish, loss of enjoyment or life, loss of consortium, and punitive damages in amounts to be proved at trial, costs of bringing this action, attorney's fees as provided by law, and any further remedy this Court deems fair and just.

Dated this 30th day of January, 2015

By: LUKE WEBER, Plaintiff

By: /s/ Scott A. Shoemaker
Scott A. Shoemaker, AT0012379
SHOEMAKER LAW OFFICE
P.O. Box 11511
Cedar Rapids, Iowa 52410
Phone: (319) 804-8346
scott@shoemakerlawoffice.com

**Administrative Release**
(Letter of Right-To-Sue)

| To: | From: |
|---|---|
| MR. LUKE WEBER<br>3606 PINE WOOD DRIVE NE<br>CEDAR RAPIDS, IA 52402 | Iowa Civil Rights Commission<br>Grimes State Office Building<br>400 E. 14th Street<br>Des Moines, Iowa 50319 |

Complaint CP# 06-14-65903    EEOC# 26A-2014-00734C

This is your Administrative Release (Right-To-Sue) Letter issued pursuant to Iowa Code Section 216.16 and 161 Iowa Administrative Code Section 3.10. It is issued pursuant to the Complainant's request.

The following conditions have been met:

1. The complaint was timely filed with the Iowa Civil Rights Commission (ICRC) as provided in Iowa Code Section 216.15(12);

2. Sixty (60) days have expired since the complaint was filed with ICRC;

3. None of the exceptions set forth in Administrative Rule 161 – 3.10(4) are applicable.

With this Administrative Release, the Complainant has the right to commence an action in district court. That action must be commenced within ninety (90) days of the issue date of **12/10/2014**. *The Right-to-Sue Letter is not a finding by ICRC on the merits of the charge. ICRC will take no further actions in this matter.*

A copy of this Administrative Release/Letter of Right-To-Sue has been sent to the Respondent(s) and counsel(s) as shown below. The Code allows any party to obtain a complete copy of the case file after a Right-To-Sue has been issued. Requests for copies should be directed to Annette Flaherty at ICRC.

The Iowa Civil Rights Commission
Phone: (515) 281-4121
FAX: (515) 242-5840

cc: File
    SCOTT A. SHOEMAKER, Complainant's Attorney
    JAMES M. PETERS, Respondent's Attorney
    GRANT WOOD AREA EDUCATION AGENCY
    JILL WEIGEL, ADMINSTRATOR
    RUTH RUNDE, TEACHER
    DANIEL GRIFFIN, TEACHER



ICRC/S36 (24)